In the Matter of the Application of YOUNG FEHLHABER PILE Co., INC., Respondent, for an Order Amending Nunc Pro Tunc a Certain Notice of Lien Dated November 5, 1937, and Duly Recorded in the Kings County Clerk's Office on November 8, 1937, against J. ARTHUR KENNEDY & SON, INC., Appellant.— Order granting motion of respondent-lienor for leave to amend *nunc pro tunc* a notice of lien, in which the notary had affixed his stamp to the verification but omitted his signature, affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur. [See *post*, p. 945.]